[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10862
Non-Argument Calendar
_____

D.C. Docket No. 8:16-cr-00339-JDW-SPF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY CHANCE COX,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 3, 2020)

Before JORDAN, ROSENBAUM, and GRANT, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Larry Chance Cox in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Cox has filed a response to counsel's motion in which he raises issues for appeal and asks for new appointed counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cox's convictions and sentences are **AFFIRMED**. Cox's motion for appointment of substitute counsel is **DENIED** as moot.